IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY MATTHEWS,

    Petitioner,

v.

NORRISTOWN STATE HOSPTIAL, et al,

    Respondents.

CIVIL ACTION
NO. 13-218

## ORDER

**AND NOW**, this 5th day of November, 2019, upon careful and independent consideration of the petition for writ of habeas corpus, the Response and Supplemental Response and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and with no objections being filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and
3. There is no probable cause to issue a certificate of appealability.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        Jeffrey L. Schmehl, J.